

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joseph Allen Baker,

\* From the 32nd District Court
of Nolan County,
Trial Court Nos. 14233, 14235, 14242,
14269, 14377, 14378, 14379, & 14380.

Vs. No. 11-23-00073-CR

\* April 30, 2025

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment in trial court cause no. 14269 to only show a fine of $10,000, and we also modify the trial court's judgments in trial court cause nos. 14233, 14235, 14242, 14377, 14378, 14379, and 14380 to show no fine. As modified, we affirm the judgments of the trial court.